**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Alex NEGRETE, Defendant-Appellant.**

**No. 16-11018**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 12/16/2016

Robert J. Brady, Jr., Wifredo A. Ferrer, Emily M. Smachetti, Nalina Sombuntham, U.S. Attorney's Office, MIAMI, FL, for Plaintiff-Appellee

Alex Negrete, Pro Se

Before HULL, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Scott Sakin, appointed counsel for Alex Negrete in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Negrete's conviction and sentence are **AFFIRMED.**